JOHNNY EVERETT JOHNSON

V.

COMMONWEALTH OF VIRGINIA

Record No. 940571

September 30, 1994

Present: Carrico, C.J., Compton, Stephenson, Whiting, Lacy, and Hassell, JJ., and Poff, Senior Justice

*John H. Click, Jr. (White, Blackburn & Conte, on brief), for appellant.*

*John H. McLees, Jr., Assistant Attorney General (James S. Gilmore, III, Attorney General, on brief), for appellee.*

PER CURIAM.

We awarded appellant an appeal from the judgment of the Court of Appeals limited to the question whether the evidence was sufficient to support appellant's convictions of three burglaries and three grand larcenies. *Johnson v. Commonwealth*, 15 Va. App. 73, 422 S.E.2d 593 (1992).

Upon consideration of the record, briefs, and argument of counsel we will affirm the judgment.

*Affirmed.*